STEVE E. DIETRICH
Senior Counsel
Transportation and Public Construction Division
P.O. Box 40113
Olympia, Washington 98504-0113
(360) 753-6126
Attorney for Defendants Washington State
Department of Transportation and Douglas MacDonald

**HONORABLE JUDGE LEIGHTON**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESTERN STATES PAVING CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> THE WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; DOUGLAS MACDONALD, Secretary of the Washington State Department of Transportation; the CITY OF VANCOUVER, and CLARK COUNTY <br><br> Defendants, <br><br> and <br><br> UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF TRANSPORTATION, and FEDERAL HIGHWAY ADMINISTRATION, <br><br> Intervener-Defendants. | NO. C00-5204-RBL <br><br> **STIPULATED AMENDED PRETRIAL SCHEDULING ORDER** |

On September 27, 2006, the Court entered a Minute Order Setting Trial, Pretrial Dates and Ordering Mediation.

While the Western States Paving Co. and the Washington State Dep't of Transportation were completing discovery, on December 15, 2006, they engaged a mediator, the Honorable

Terrance Carroll of Judicial Dispute Resolution to mediate the remaining issues in this case. Judge Carroll scheduled a mediation session for February 28, 2007 in Seattle. The parties submitted mediation statements. On the evening of February 27, 2007, counsel for Western States received notice of a family medical emergency and was forced to leave Seattle. The mediation session was cancelled although State representatives met with the mediator to provide some background and the State's settlement position. The mediator is willing to facilitate settlement discussions and intends to contact Mr. Lofland with the State's initial settlement proposal as soon as Mr. Lofland is available.

Counsel for both parties are confident that the remaining issues can be resolved through the mediation process. However, the family emergency continues through this date and Mr. Lofland remains unavailable for the next two weeks, at least. Under the circumstances, Mr. Lofland cannot participate in settlement negotiations or prepare for trial and the parties cannot comply with the deadlines in the current case scheduling order (Document #190). Because Mr. Lofland is a sole practitioner, there is no other attorney available who could assume his responsibilities.

The parties understand that this case must be resolved very soon and wish to devote all of their effort, once Mr. Lofland is available, to a successful mediation. Accordingly, the parties ask that the trial date be continued to approximately June 18 or another date that is convenient for the court and that remaining deadlines be extended.

### Order

IT IS HEREBY ORDERED:

A.   THAT the September 27, 2006 Minute Order Setting Trial, Pretrial Dates and Ordering Mediation, to the extent that it amends the pretrial schedule, is withdrawn.

B. THAT, pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule 16(d) of the United States District Court for the Western District of Washington, the following pretrial schedule and stipulations shall govern all remaining pretrial preparations in this case:

**Pretrial Schedule**

1. Mediation per CR 39.1(c)(3) HELD no later than June 1, 2007.

2. Letter of compliance as to CR 39.1 FILED by June 12, 2007.

3. Motions in limine must be FILED by June 4, 2007 and NOTED on the motion calendar no later than the second Friday thereafter.

4. Agreed pretrial order OR, if counsel has agreed to dispense with the pretrial order, Witness and Exhibit Lists are due on June 11, 2007.

5. Pretrial conference will be HELD on June ~~11~~ 12, 2007. 8:30 am. 

6. Bench Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by June 11, 2007.

7. TRIAL set for on or after June ~~18~~ 25, 2007, or as soon thereafter as the TRIAL may be scheduled at the convenience of the court, for 1-2 days. @ 9:30 am 

IT IS SO ORDERED.

DONE this 13th day of March, 2007.

_____
Honorable Ronald B. Leighton
United States District Court Judge

1  Presented by:

2

3  /s/STEVE E. DIETRICH
   STEVE E. DIETRICH, WSBA # 21897
4  Senior Counsel
   Transportation and Public Construction Division
5  P. O. Box 40113
   Olympia, Washington 98504-0113
6  (360) 753-6126

7  Approved for Entry:

8

9
   /s/GARY LOFLAND
10 Gary Lofland, WSBA #12150
   LOFLAND AND ASSOCIATES
11 Attorney for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED AMENDED PRETRIAL           4           ATTORNEY GENERAL OF WASHINGTON
SCHEDULING ORDER                                  Transportation & Public Construction Division
                                                  PO BOX 40113
                                                  Olympia, WA 98504-0113
                                                  (360) 753-6126   Facsimile: (360) 586-6847